PD-1641-15

No. _____

PD-1641-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/18/2015 9:21:22 AM
Accepted 12/19/2015 9:47:33 AM
ABEL ACOSTA
CLERK

In the

Texas Court of Criminal Appeals
at Austin

———————◆———————

No. 01-11-00572-CR
In the Court of Appeals for the
First District of Texas
at Houston

———————◆———————

# BRADLEY RAY MCCLINTOCK

*Appellant*
V.

# THE STATE OF TEXAS

*Appellee*

———————◆———————

## STATE'S MOTION FOR EXTENSION OF TIME
## TO FILE STATE'S BRIEF ON DISCRETIONARY REVIEW

———————◆———————

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 68.2(c) moves for an extension of time within which to file its petition for discretionary review. In support of its motion, the State submits the following:

1.  The State indicted appellant for felony possession of marijuana.

2.  The trial court denied appellant's motion to suppress before he entered a plea of guilty to the lesser state jail felony offense of possession of marijuana in exchange for three years deferred adjudication and assessed a $300 fine.

3.    Appellant timely filed a notice of appeal.

4.    After a reversal in the court of appeals and a remand back to the court of appeals from this Court, the First Court of Appeals issued a published opinion reversing the trial court's judgment yet again on November 5, 2015.

5.    The State's brief on discretionary review was due December 7, 2015.

6.    The State seeks an extension until today, December 18, 2015, to file its petition for discretionary view.

7.    The following facts are relied upon to show good cause for the requested extension:

    a.    The undersigned attorney has filed three briefs in the last 30 days and has five more briefs due in the next 30 days.

    b.    Yesterday, the undersigned attorney inadvertently e-filed this extension and PDR in folder for the First Court of Appeals.  The rejection is attached to this motion.

    c.    The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the requested extension until December 18, 2015.

Respectfully submitted,

/s/ *Bridget Holloway*
BRIDGET HOLLOWAY
Assistant District Attorney
Harris County, Texas
Harris County Criminal Justice Center
1201 Franklin, Suite 600
Houston, Texas  77002
713.274.5826
State Bar No.:  24025227
holloway_bridget@dao.hctx.net

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that on December 18, 2015, a copy of the foregoing was emailed through TexFile to the following emails:

Norman J. Silverman
Attorney at Law
Email: lawyernorm@msn.com

Lisa C. McMinn
State Prosecuting Attorney
Email: Lisa.McMinn@SPA.texas.gov

/s/ Bridget Holloway
BRIDGET HOLLOWAY
Assistant District Attorney
Harris County, Texas
Harris County Criminal Justice Center
1201 Franklin, Suite 600
Houston, Texas 77002
713.274.5826
State Bar No.: 24025227
holloway_bridget@dao.hctx.net

**From:** No-Reply@eFileTexas.gov
**To:** Holloway, Bridget
**Subject:** eFileTexas.gov – Filing Returned - 8294106
**Date:** Friday, December 18, 2015 7:46:16 AM



# Filing Returned

Envelope Number: **8294106**

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** The clerk's office has the right to preserve the original submission date for the file stamp when the corrections are made in a timely manner.

| Return Reason(s) from Clerk's Office | |
|---|---|
| **Reject Reason** | Other |
| **Return Comment** | Rejected - This motion for extension to file petition for discretinary review must be e-filed with the Court of Criminal Appeals as well as your PDR. If you have any questions or concerns please feel free to contact our office 713.274.2700. Thank you for e-filing. |

| Document Details | |
|---|---|
| **Court** | Courts of Appeals |
| **Case Style** | Bradley Ray McClintock vs. The State of Texas |
| **Date/Time Submitted** | 12/17/2015 6:42:52 PM |
| **Filing Type:** | Motion |
| **Activity Requested:** | EFileAndServe |
| **Filed By:** | Bridget Holloway |

For Questions or Technical Assistance, contact:

Need Help? Help
Visit: https://efiletexas.gov/contacts.htm
Email: support@eFileTexas.gov

Please do not reply to this email. It was generated automatically by eFileTexas.gov>